BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    William.frentzen@usdoj.gov

Attorneys for United States of America

**FILED**
MAY 17 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF CONTENT STORED AT PREMISES CONTROLLED BY GOOGLE, INC. AND FURTHER DESCRIBED IN ATTACHMENT A | No.: 16-MC-80263 LB/WHA<br><br>NOTICE OF POTENTIALLY RELATED CASES<br><br>Court: Honorable William Alsup |
| [REDACTED] | No.: CR 16-0227 RS<br><br>Court: Honorable Richard Seeborg<br><br>**UNDER SEAL** |

1     The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court
2 that the more recent case, No. 16-mc-80263 LB/WHA, could be deemed by the Court to be related to
3 existing case CR-16-0227 RS, under the Local Rule. Because description of the nature of the related
4 matters will require discussion of the nature of the earlier case, the government will provide the Court
5 with justification for the relationship of the two matters under seal, ex parte, and in camera.
6     Given the nature of the sealed case and the government's interest in not exposing even the
7 existence of another case, the government hereby moves for the Court to file this matter UNDER SEAL
8 until further order of the Court.
9 DATED: May 15, 2017                                       Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

WILLIAM FRENTZEN
Assistant United States Attorney

15     IT IS HEREBY ORDERED, that due to the nature of the matters addressed this Motion and any
16 resulting Order shall be filed and maintained UNDER SEAL, until further Order of the Court.

18 SO ORDERED, this 16th day of May, 2017.

HON. RICHARD SEEBORG/WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>    v.<br>BTC-E, AND ALEXANDER VINNIK,<br><br>          Defendant. | Case No.16-cr-0227 RS<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 5/17/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Frentzen
U.S. Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: 5/17/2017

Susan Y. Soong
Clerk, United States District Court

*Corinne Lew*
By:_____
Corinne Lew, Deputy Clerk to the
Honorable RICHARD SEEBORG