| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973) <br> United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353) <br> Chief, Criminal Division |
| 4 | WIL FRENTZEN (LABN 24421) <br> Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 <br> San Francisco, California 94102-3495 |
| 6 | Telephone: (415) 436-6959 <br> Fax: (415) 436-7234 |
| 7 | William.Frentzen@usdoj.gov |
| 8 | Attorneys for the United States |

**FILED**

JUN 09 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SEALED BY ORDER OF COURT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BTC-E, A/K/A CANTON BUSINESS CORPORATION, <br><br> and <br><br> ALEXANDER VINNIK. <br> Defendants. | CASE NO: CR 16-00227 SI <br><br> UNITED STATES' MOTION TO PARTIALLY UNSEAL SUPERSEDING INDICTMENT AND ARREST WARRANTS AND [PROPOSED] ORDER <br><br> UNDER SEAL |

MOTION AND [PROPOSED] ORDER

12-MJN

1  The United States hereby moves the Court for an order partially unsealing the Arrest Warrants
2  and the Superseding Indictment in the above-referenced case. The purpose of this partial unsealing is so
3  that the United States can provide said documents to foreign law enforcement, prosecutors and judicial
4  authorities for arrest and extradition. The United States further moves the Court to reseal the documents
5  in their entirety once they have been provided to the foreign authorities and the defendant has been
6  arrested.

Date: June 9, 2017

Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

_____
S. WAQAR HASIB for WILLIAM FRENTZEN
Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the foregoing request, the Court hereby **ORDERS** that the Arrest Warrants and Superseding Indictment in the above-referenced case be partially unsealed so that the United States can provide said documents to foreign authorities for arrest and extradition. The Court hereby further **ORDERS** that the documents shall be resealed in their entirety once they have been provided to the foreign authorities.

Dated: June 9, 2017

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

MOTION AND [PROPOSED] ORDER