```
                                                    FILED
                                                  Jan 28 2021
1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney                       SUSAN Y. SOONG
2                                         CLERK, U.S. DISTRICT COURT
   HALLIE HOFFMAN (CABN 210020)          NORTHERN DISTRICT OF CALIFORNIA
3  Chief, Criminal Division                     SAN FRANCISCO

4  CATHERINE ALDEN PELKER (MD)
   Trial Attorney
5
       Department of Justice
6      Computer Crime & Intellectual Property Section
       1301 New York Avenue NW, Suite 600
7      Washington, DC 20005
       Telephone: (202) 514-1026
8      FAX: (202) 514-6113
       Catherine.Pelker@usdoj.gov
9
   Attorneys for United States of America
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16-CR-00227 RS |
| Plaintiff, | **NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY** |
| v. | |
| BTC-EM A/K/A CANTON BUSINESS CORPORATION, ANDREY NIKONOROV, STANISLAV GOLOVANOV, and ALEXANDER VIKKIK. | **UNDER SEAL** |
| Defendants. | |

The United States Attorney Office hereby files this Notice of Appearance to advise the court that Department of Justice Catherine Alden Pelker appears for the United States in this case. Please add her to the list of counsel appearing for the United States and please add her to the list of persons to be noticed.

DATED: January 28, 2021                                 Respectfully,

                                                        DAVID L. ANDERSON
                                                        United States Attorney

NOTICE OF APPEARANCE
16-CR-00227 RS

|   |   |
|---|---|
| 1 |  |
| 2 | /s/ |
|   | CATHERINE ALDEN PELKER |
| 3 | Trial Attorney, Department of Justice |

NOTICE OF APPEARANCE
16-CR-00227 RS