1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

3 | KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

4 | CLAUDIA QUIROZ (CABN 254419)
KATHERINE LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys
C. ALDEN PELKER (MD)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7428
  FAX: (415) 436-7234
  claudia.quiroz@usdoj.gov
  katherine.lloyd-lovett@usdoj.gov
  catherine.pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00227-SI |
| Plaintiff, | UNITED STATES' MOTION TO FILE REDACTED DOCUMENT NOS. 14 AND 16; [PROPOSED] ORDER |
| v. | |
| BTC-E, A/K/A CANTON BUSINESS CORPORATION, | |
| and | |
| ALEXANDER VINNIK, | |
| Defendants. | |

The United States of America ("the government"), through undersigned counsel, respectfully requests the public filing of the redacted versions of Document Nos. 14 and 16 in the above-referenced action. These documents are currently under seal and no longer need to be sealed except for the redactions set in the proposed versions. The redactions are necessary because they include PII and sensitive witness information that should not be disclosed at this juncture. Proposed redacted versions of Document Nos. 14 and 16 will be lodged under seal with the Court as Exhibits A and B to this motion.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

DATED: June 9, 2023

_____/s/_____
CLAUDIA QUIROZ
KATHERINE LLOYD-LOVETT
Assistant United States Attorneys
C. ALDEN PELKER
Trial Attorney, CCIPS Assistant United States Attorney

## [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court grants the government's motion and ORDERS that the government may file Document Nos. 14 and 16 on the public record with the redactions proposed in Exhibits A and B to the government's motion.

IT IS SO ORDERED.

DATED:                                        _____
                                              HONORABLE SUSAN ILLSTON
                                              United States District Judge