1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 | KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200

7 | FAX: (415) 436-7234
Katherine.lloyd-lovett@usdoj.gov

8

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 16-CR-00227 SI |
|---|---|
| Plaintiff, | ) NOTICE OF WITHDRAWAL OF COUNSEL |
| v. | ) |
| BTC-e, et al., | ) |
| Defendants. | ) |

The United States Attorney's Office hereby files this Notice of Withdrawal of Counsel to advise the Court that Assistant United States Attorney Katherine Lloyd-Lovett should be removed from the docket as counsel for the government in this matter. Trial Attorneys Claudia Quiroz and Catherine A. Pelker remain as counsel for the United States in this matter.

DATED: January 7, 2025

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

____/s/_____
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorney